James M. Nelson (SBN 116442)
Willis M. Wagner (SBN 310900)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
nelsonj@gtlaw.com
wagnerw@gtlaw.com

Attorneys for Defendant
THARALDSON HOSPITALITY MANAGEMENT, LLC

Peter Strojnik (SBN 242728)
STROJNIK FIRM LLC
2375 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 524-6602

Attorney for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>THARALDSON HOSPITALITY MANAGEMENT, LLC, a Nevada limited liability company dba Staybridge Suites Sacramento Airport Natomas,<br><br>Defendant. | CASE NO. 2:18-cv-01905-TLN-CKD<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

## STIPULATION:

IT IS HEREBY STIPULATED between Plaintiff THERESA BROOKE and Defendant THARALDSON HOSPITALITY MANAGEMENT, LLC, through counsel and pursuant to Fed.R.Civ.P. 41(a), as follows:

1. Plaintiff hereby dismisses with prejudice the Complaint and each cause of action against Defendant in the above-titled action, titled *Theresa Brooke v. Tharaldson Hospitality Management, LLC*, Case No. 2:18-CV-01905-TLN, in the United States District Court for the Eastern District of California (the "Action");

2. Plaintiff and Defendant shall each bear their own costs and attorneys' fees in the Action, including, but not limited to, all fees and costs associated with the preparation and execution of this Stipulation.

DATED: October 26, 2018           GREENBERG TRAURIG, LLP

                                  By: */s/ James M. Nelson*
                                      James M. Nelson
                                      Willis M. Wagner
                                      Attorneys for Defendant
                                      THARALDSON HOSPITALITY
                                      MANAGEMENT LLC

DATED: October 26, 2018           STROJNIK FIRM LLC

                                  By: */s/ Peter Strojnik*
                                      Peter Strojnik
                                      Attorney for Plaintiff
                                      THERESA BROOKE

# ORDER

Pursuant to the Stipulation for Dismissal with Prejudice as to Plaintiff THERESA BROOKE's Complaint against Defendant THARALDSON HOSPITALITY MANAGEMENT, LLC;

It is hereby ordered that Plaintiff's Complaint and all of Plaintiff's claims and causes of action against Defendant is dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: October 29, 2018

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE